UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CARLOS ALVES,<br><br>    Petitioner,<br><br>v.<br><br>RAYMOND ROYCE, et al.,<br><br>    Respondents. | Civil Action No. 21-16566 (MCA)<br><br><br>MEMORANDUM & ORDER |

This matter has been opened to the Court by Petitioner Carlos Alves' filing of a request to stay his petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 ("Petition"). The Petition challenges his conviction on January 21, 2001, for first degree murder in violation of N.J.S.A. 2C:11-3(a). In its prior Memorandum and Order, the Court provided Petitioner with the required notice pursuant to *Mason v. Meyers*, 208 F.3d 414, 418 (3d Cir. 2000), and invited Petitioner to request a stay until the conclusion of his state court proceedings. In response, Petitioner requested a stay and stated that a hearing was scheduled in his new trial motion for February 22, 2022. *See* ECF No. 4. The Court has reviewed Petitioner's stay request and finds that there is good cause to enter a stay until the conclusion of Petitioner's state court proceedings.

**IT IS, THEREFORE,** on this 20th day of July 2022,

**ORDERED** that the Clerk of the Court shall mark this matter as **OPEN**; and it is further

**ORDERED** that Petitioner's letter request to stay this matter, ECF No. 4, is **GRANTED**, and the matter is hereby **STAYED**; it is further

**ORDERED** that the Clerk shall **ADMINISTRATIVELY TERMINATE** this case at this time;[1] it is further

**ORDERED that within sixty (60) days of the date that Petitioner has fully exhausted his state court remedies, Petitioner shall notify the Court in writing as to whether he wishes to reopen the case or withdraw his Petition; Petitioner is hereby given notice that failure to notify the Court within this time period may result in the dismissal of the Petition;** and it is further

**ORDERED** that the Clerk shall send a copy of this Memorandum & Order to Petitioner by regular mail and **ADMINISTRATIVELY TERMINATE** this case accordingly.

_____
Hon. Madeline Cox Arleo
U.S. District Judge

---

[1] Petitioner is informed that administrative termination is <u>not</u> a "dismissal," and that the Court retains jurisdiction over his case while the stay is pending. *See Papotto v. Hartford Life & Acc. Ins. Co.*, 731 F.3d 265, 275 (3d Cir. 2013) (distinguishing administrative terminations from dismissals).